**Dismissed and Opinion Filed November 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01024-CV

### MIKELL KELLY, Appellant
### V.
### JPMORGAN CHASE, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-03540-B**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

The filing fee in this case is past due. By postcard dated August 26, 2015, we notified appellant the $195 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated August 26, 2015, we notified appellant the docketing statement had not been filed in this case. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of this appeal. By opinion dated September 16, 2015, the Court affirmed the trial court's September 2, 2015 order sustaining the contest to appellant's affidavit of indigency. Thereafter, appellant filed a self-executed promissory note in lieu of payment. Rule 5 of the rules of appellate procedure requires payment of the filing fee, not a promise to pay. *See* TEX. R. APP. P. 5 (party who is not excused

by statute or rules must pay filing fees at time of filing). To date, appellant has not paid the filing fee, filed the docketing statement, nor responded to notifications regarding the reporter's record.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

151024F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MIKELL KELLY, Appellant

No. 05-15-01024-CV        V.

JPMORGAN CHASE, Appellee

On Appeal from the County Court at Law
No. 2, Dallas County, Texas
Trial Court Cause No. CC-15-03540-B.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee JPMORGAN CHASE recover its costs of this appeal from appellant MIKELL KELLY.

Judgment entered November 30, 2015.